UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**REBECCA MERGIST**

**VERSUS**

**WAL-MART STORES, INC. and JOHN DOE**

CIVIL ACTION

NO. 16-00138-JWD-EWD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

**IT IS ORDERED** that the Motion for Leave to File Amended Complaint and for Remand, filed by plaintiff Rebecca Mergist, is GRANTED, allowing Mergist to file her Amended Complaint (R. Doc. 6-11). Upon granting the Motion, there will no longer be complete diversity of citizenship between the parties and the matter is REMANDED for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a).

**IT IS FURTHER ORDERED** that Mergist's request for costs and expenses is DENIED.

Signed in Baton Rouge, Louisiana, on June 28, 2016.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA